Sealed
Public and unofficial staff access to this instrument are prohibited by court order.



JUL 20 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| v. | § | CRIMINAL NO. 18-CR- |
| ROBERT JOHN HALL, JR. | § | *UNDER SEAL* **18 CR 414** |

## MOTION TO SEAL CRIMINAL INFORMATION

COMES NOW the United States of America, by and through the United States Attorney for the Southern District of Texas and undersigned counsel, and moves this Honorable Court to seal the Information, this Motion, and Order to Seal and in support thereof would state the following:

The Information contains information obtained as the result of a continuing investigation into violations of federal laws involving violations of 18 U.S.C. § 201 (bribery). The Indictment should be sealed to allow for the arrest of the defendant and to prevent the destruction of potential evidence, except that copies shall be given to the United States Attorney's Office, the Public Integrity Section of the Criminal Division, and the relevant investigative agency for their investigative needs as well as to other parties as necessary for the United States to fulfill its obligations under Federal Rule of Criminal Procedure 16.

THEREFORE, the Government requests that the Information, this Motion, and the Order, and for the above-named defendant be filed under seal.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

/s/ Julie N. Searle
Julie N. Searle
Assistant United States Attorney
Southern District of Texas

ANNALOU TIROL
Acting Chief
Public Integrity Section


/s/
Rebecca Moses
Peter M. Nothstein
Trial Attorney
United States Department of Justice
Public Integrity Section