United States District Court
Southern District of Texas
**ENTERED**
March 04, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 18-CR-004 |
| ROBERT JOHN HALL, JR. | § § | |

## ORDER TO UNSEAL

The Court, having considered the United States' Motion to Unseal, hereby ORDERS that the case and all related documents for the above-named defendant be unsealed by the U.S. District Clerk.

Signed on this 2ND day of ~~February~~ March 2019, at Houston, Texas.

EWING WERLEIN, JR.
United States District Judge