United States District Court
Southern District of Texas
**ENTERED**
April 25, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                    Cr. No. H-18-414-001

ROBERT JOHN HALL, JR.

## ORDER

The Court GRANTS defendant's Motion to Modify Conditions of Release.

Mr. Hall may travel to the Western District of Texas from April 27 through April 28, 2019. He shall provide his assigned Probation Officer all requested information about his itinerary *in advance of his departure*. All other conditions of release remain unchanged.

SIGNED at Houston, Texas, on the 25 day of April 2019.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE